[No. 37970-8-II. Division Two. June 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. TAYLOR TOM CONLEY, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 06-1-00457-1, James E. Warme, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J., and Houghton, J. Pro Tem.

[No. 38187-7-II. Division Two. June 8, 2010.]

*In the Matter of the Detention of* TOMMIE L. COLEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 05-2-03957-0, Thomas Felnagle, J., entered August 12, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Quinn-Brintnall, J., and Houghton, J. Pro Tem.

[No. 38580-5-II. Division Two. June 8, 2010.]

THE STATE OF WASHINGTON, *Appellant*, v. THOMAS S. COPLAND, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 08-1-00270-8, David L. Edwards, J., entered October 13, 2008. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Armstrong and Worswick, JJ.

[No. 38830-8-II. Division Two. June 8, 2010.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT MICHAEL HILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-04113-5, Kitty-Ann van Doorninck, J., entered January 30, 2009. *Affirmed* by unpublished opinion per Van Deren, C.J., concurred in by Hunt and Penoyar, JJ.